UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| IN RE: | Chapter 13<br>Case No.: 21-11692-PB |
| PATRICK GREEN<br>LIZ CRUZ | NOTICE OF WITHDRAWAL<br>OF TRUSTEE'S<br>MOTION TO DISMISS |
| Debtor(s). | |

------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS (DOCKET #47)**

  Please take notice that the Motion to Dismiss which was filed by the Trustee on August 14, 2023 as Docket #47 is hereby withdrawn.

Date: White Plains, New York
   January 31, 2024

                 */s/ Thomas C. Frost*
                 Thomas C. Frost (TF-0014)   MP
                 Standing Chapter 13 Trustee
                 399 Knollwood Road, Suite 102
                 White Plains, New York 10603
                 (914) 328-6333